

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-19-00321-CR

Edward **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8265
The Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The docketing statement was due upon perfecting appeal, but appellant has not filed the docketing statement. *See* TEX. R. APP. P. 32.2. We order appellant's counsel, Donald B. Edwards, to file the docketing statement by **June 17, 2019.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court